IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>　　　　Defendant<br>_____/ | No. C 09-2668 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ANY COUNTER-MOTION** |

　　　Before the Court is the "Motion for Summary Judgment," filed April 15, 2010 by plaintiff Daniel Rodriguez, who is proceeding pro se. To date, defendant Michael J. Astrue has not filed a response.[1]

　　　Given the brevity of plaintiff's motion, which, independent of its title, consists of seven lines of text, the Court finds opposition would assist the Court in resolution of the issues presented thereby.

　　　Accordingly, the Court sets the following briefing schedule:

　　　1. No later than July 16, 2010, defendant shall file an opposition and/or counter-motion, which filing(s) shall address, in addition to any other relevant issue, the effect, if any,

---

[1] Although plaintiff did not file a proof of service, it appears defendant has, in effect, been served with the motion, in that the document was scanned into the district court's electronic filing docket by the Clerk of the Court.

of 8 U.S.C. § 1611(b)(5) on plaintiff's claim for benefits.

    2. No later than August 6, 2010, plaintiff shall file a reply.

    3. Unless the Court orders otherwise, as of August 6, 2010, the matter will be deemed submitted for decision without oral argument.

**IT IS SO ORDERED.**

Dated:  June 21, 2010

MAXINE M. CHESNEY
United States District Judge