**United States District Court**
For the Northern District of California

| | |
|---|---|
| DANIEL RODRIGUEZ, | No. C-09-2668 MMC |
| Plaintiff, | **ORDER STRIKING PLAINTIFF'S PROOF OF EVIDENCE WITHOUT PREJUDICE** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

    By order filed December 6, 2010, the Court remanded the above-titled matter to the Commissioner of the Social Security Administration ("Commissioner') with directions to consider on remand "whether [plaintiff] is eligible [for SSI benefits] as an alien permanently residing in the United States under color of law." (See Order, filed December 6, 2010, 4:20-21.) Also on December 6, 2010, the Clerk entered judgment on the Court's order, which judgment concluded the proceedings in the district court.

    Thereafter, on March 9, 2011, plaintiff filed in the district court a "Proof of Evidence," which filing consists of several documents that, arguably, may bear on whether plaintiff is a permanent resident residing in the United States,[1] which issue, as noted, is no longer

---

[1] The Court makes no finding as to whether the documents are in fact relevant to any particular issue.

pending before this Court, but, rather, is before the Commissioner for further determination.

Under the circumstances, the Proof of Evidence is hereby STRICKEN, without prejudice to plaintiff's submitting such evidence to the Commissioner, pursuant to the procedures applicable on remand before the Commissioner and/or any Administrative Law Judge to whom the Commissioner may refer the matter.

**IT IS SO ORDERED.**

Dated: March 14, 2011

MAXINE M. CHESNEY
United States District Judge