**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,

        Defendant.
_____/

No. C-09-2668 MMC

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

By order filed December 6, 2010, the Court granted plaintiff's motion for summary judgment and remanded the above-titled matter to the Commissioner of the Social Security Administration, with directions to further consider plaintiff's application for SSI benefits. Thereafter, on May 10, 2011, plaintiff filed a document titled "That Party May Produce a Legible Paroled, or Copy and Seek Reconsideration of the Instant Order," citing, inter alia, Rules 60(a) and (b) of the Federal Rules of Civil Procedure.

The Court having read and considered plaintiff's May 10, 2011 motion, the motion is hereby DENIED, for the reason that plaintiff has failed to identify any cognizable basis for reconsideration of the Court's December 6, 2010 order. Moreover, by said order, as noted, the Court ruled in plaintiff's favor.

**IT IS SO ORDERED.**

Dated:  May 17, 2011

MAXINE M. CHESNEY
United States District Judge