1
2
3
4
5
6
7
8
9
10

**United States District Court**
For the Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,

        Defendant.
_____/

No. C-09-2668 MMC

**ORDER DENYING PLAINTIFF'S
REQUEST FOR RELIEF**

      By order filed December 6, 2010, the Court granted plaintiff's motion for summary

judgment and remanded the above-titled matter to the Commissioner of the Social Security

Administration, with directions to further consider plaintiff's application for benefits.

Thereafter, on June 12, 2012, plaintiff filed a document titled "Relief Sought," attached to

which is a document indicating that, as of November 18, 2010, the Department of

Homeland Security had not yet made a decision on an application for naturalization.

Having read and considered plaintiff's June 12, 2012 filing, the Court rules as follows.

      To the extent the June 12, 2012 filing seeks reconsideration of any order issued in

the above-titled, and now closed, action against the Commissioner of the Social Security

Administration, the request for relief is hereby DENIED, for the reason that plaintiff fails to

identify any cognizable basis for reconsideration.  To the extent the June 12, 2012 filing

constitutes an attempt to allege new claims against the Commissioner of the Social

1  Security Administration, the Department of Homeland Security, or any other entity or

2  person, the request for relief is hereby DENIED, without prejudice to plaintiff's alleging any

3  new claims in a new complaint filed in the appropriate forum.

4      **IT IS SO ORDERED.**

5

6  Dated:  June 14, 2011

   _____
   MAXINE M. CHESNEY
7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28